8,531-26

MR. CLIFTON JERRY FRANCIS, JR.
(AKA CLIFTON JERRY LANDRY)
11916 TAMBORINE DRIVE
STAFFORD, TEXAS 77477

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

MR. ABEL ACOSTA · CLERK
COURT OF CRIMINAL APPEALS · TEXAS
PO BOX 12308 · CAPITOL STATION
AUSTIN, TEXAS 78711

RE: LANDRY, (EX PARTE) CLIFTON JERRY
CCA NO. WR-8,531-26
TC CASE NO. 507035-J (COUNT 2)

MR. ACOSTA:
THE ABOVE NOTED LITIGATION (HABEAS WRIT)
IS PRESENTLY BEFORE THE COURT FOR A DISPOSITION (?);
THIS DATE AND WHAT IS THE STATUS OF THIS LITIGATION
(HABEAS WRIT) THAT IS BEFORE THE COURT?
THANK-YOU IN ADVANCE FOR YOUR CONSIDERA-
TION/ASSISTANCE GIVEN, I REMAIN,
DONE ON THIS THE 7th. DAY OF AUGUST ,
2015.

CLIFTON JERRY FRANCIS, JR.
(AKA CLIFTON JERRY LANDRY)

2cc/CJFJR.
CC: (MS.) DEVON ANDERSON · HARRIS COUNTY DISTRICT ATTORNEY;
AND,
FILE